

FILED

MAR 06 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| DEVION L. CANTY, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges.

## COUNT ONE: TRESPASS

On or about 1 February 2026, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DEVION L. CANTY, did enter a military, naval, or Coast Guard property, for any purpose prohibited by law or lawful regulation, to wit, did enter Marine Corps Base Camp Lejeune, while concealing a firearm when entering the Holcomb Gate, Camp Lejeune, in violation of Title 18, United States Code, Section 1382.

1

## COUNT TWO: RESISTING OFFICERS

On or about 1 February 2026, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DEVION L. CANTY, did willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge an official duty, to wit, did willfully and unlawfully fail to comply with the lawful commands of Military Police Officer Nicholas Wood, by refusing to stay in the area ordered by Officer Wood and resisting apprehension when Officer Wood attempted to place him in hand irons, during the discharge of a lawful traffic stop, in violation of North Carolina General Statutes, Section 14-223(a), as assimilated by the provisions of Title 18, United States Code, Section 13.

## COUNT THREE: CARRYING CONCEALED WEAPON

On or about 1 February 2026, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DEVION L. CANTY, did unlawfully, willfully, and intentionally carry concealed about his

2

Case 7:26-mj-01070-RJ    Document 1    Filed 03/06/26    Page 2 of 4
Case 3:26-mj-00159-WCM    Document 1-2    Filed 07/15/26    Page 2 of 4

person any pistol or gun, to wit, a Taurus pistol, Serial Number WF132301, in violation of North Carolina General Statutes, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

## FOREFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

a) Taurus .357 Magnum, bearing Serial Number WF132301 was recovered from DEVION L. CANTY on 1 February 2026, and any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond

3

the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, U.S.C. § 853(p), to seek forfeiture of any property of said defendant up to the value of the forfeitable property described above.

Respectfully submitted this 6th day of March 2026.

W. ELLIS BOYLE
United States Attorney

BY:   GORDON M. BEHR
Special Assistant United States Attorney
Criminal Division

4